JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOPEZ-GOMEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PLUG POWER, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | **ORDER REGARDING REMAND TO STATE COURT**<br><br>Case No.:<br><br>5:24-cv-00756-KK-SHK |

Pursuant to the Joint Stipulation Regarding Remand to State Court, the Court hereby remands to Superior Court of California, County of San Bernardino, under Case No. CIVSB-2331230, for further proceedings.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 12, 2024

_____
The Honorable Judge Kenly Kiya Kato
United States District Judge